The People of the State of New York, Respondent, v. Bertha Williams, Appellant.— Motion denied. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

George J. Shroeder, Respondent, v. Ehler Meyer, Appellant.— Motion granted and order resettled by inserting a recital that the appeal was argued before five justices of this court, and the decision concurred in by four, the remaining justice having, prior to the decision, been appointed a member of the Court of Appeals.  (See *Town of North Hempstead* v. *Eldridge*, 112 App. Div. 893.) Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Mary A. Schultz, Respondent, v. The Greenwood Cemetery, Appellant.— Motion for leave to appeal to the Court of Appeals denied.  Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Charles W. S. Ahearn and George Dorrlamm, etc., Respondents, v. George Schmidt, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the plaintiffs failed to show that they were the procuring cause of the sale for which they have recovered commissions.  Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ , concurred.

Belle H. Anstead, Respondent, v. Willis Woodward and I. Waldman Teschner, Appellants.— Order affirmed on argument, with ten dollars costs and disbursements.  Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Aggie Bartkus, Appellant, v. Brooklyn Heights Railroad Company, Respondent.— Judgment of the Municipal Court unanimously affirmed, with costs.  No opinion.  Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

A. B. Barr & Co., Respondent, v. Fannie H. Schiff, Appellant.— Judgment of the City Court of Yonkers modified by deducting fifty-two dollars from the amount of the additional allowance, and as modified, judgment and order affirmed, without costs.  No opinion.  Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Joseph Berman, Appellant, v. William Simpson & Company, Respondent.— Judgment of the Municipal Court affirmed, with costs.  No opinion.  Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Mary Ann Blanck, Respondent, v. Charles M. Preston, as Receiver of New York Building Loan Banking Company, Appellant.— Judgment modified by striking out the provision for the payment to the plaintiff of $1,159.14, and by changing the provision for a warranty deed to one for a receiver's deed, and as thus modified, affirmed, without costs.  Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Harry Block, Appellant, v. New York Electrical Workers' Union, Respondent. — Judgment of the Municipal Court affirmed, with costs.  No opinion.  Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Mary Brechtlein, Respondent, v. The Greenwood Cemetery, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Jacob Brunkhorst, Appellant, v. Wilhelmina Herrmann, as Executrix, etc., of George A. Herrmann, Deceased, and Others, Respondents.— Judgment affirmed, with costs.  No opinion.  Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Daniel Buckley and Others, Respondents, v. New York and Boston Dyewood Company, Appellant.— Judgment affirmed, with costs.  No opinion.  Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

George M. Caulfield, Appellant, v. Robert A. Caulfield and Others, Respondents.— Judgment affirmed, with costs.  No opinion.  Hirschberg, P. J., Woodward, Jenks and Rich, JJ., concurred.

Florence S. Clark, Respondent, v. Elizabeth H. Sprague and Others, Defendants.  William G. Schmidt and Others, Appellants.  (No. 1.) — Order affirmed, with ten dollars costs and disbursements on authority of *Clark* v. *Sprague, No. 2* (*ante*, p. 645), decided herewith.  Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Samuel Cohen, Respondent, v. Max Hellar, Appellant.— Judgment of the Municipal Court affirmed, with costs.  No opinion.  Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Norah Coleman, as Administratrix, etc., of James Coleman, Deceased, Respondent, v. New York City Railway Company, Appellant.— Judgment and